1  BOTTINI & BOTTINI, INC.
   Francis A. Bottini, Jr.
2  Albert Y. Chang
   Yury A. Kolesnikov
3  7817 Ivanhoe Avenue, Suite 102
   La Jolla, CA 92037
4  Telephone:  (858) 914-2001
   Facsimile:  (858) 914-2002
5  fbottini@bottinilaw.com
   achang@bottinilaw.com
6  ykolesnikov@bottinilaw.com

7  *Attorneys for Plaintiff Andrew S. Bushkin*

8  [Additional counsel listed on signature page.]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREW S. BUSHKIN, derivatively on behalf of PG&E CORPORATION and PACIFIC GAS & ELECTRIC COMPANY, <br><br>             Plaintiff, <br><br>      v. <br><br> BARBARA L. RAMBO, *et al.*, <br><br>             Defendants, <br>      -and- <br><br> PG&E CORPORATION, a California corporation, and PACIFIC GAS & ELECTRIC COMPANY, a California corporation, <br><br>             Nominal Defendants. | CASE NO. 3:16-cv-00973-SI <br><br> STIPULATION AND [~~PROPOSED~~] ORDER REGARDING ACCEPTANCE OF SERVICE AND COORDINATION WITH RELATED ACTIONS <br><br> Judge:   Hon. Susan Illston |

1    WHEREAS on February 27, 2016, Plaintiff Andrew S. Bushkin ("Plaintiff") commenced
2 this shareholder derivative action, captioned *Bushkin v. Rambo, et al.*, No. 3:16-cv-00973-SI
3 ("*Bushkin* Action"), on behalf of Nominal Defendants PG&E Corporation and Pacific Gas and
4 Electric Company (the "Utility") (together, "PG&E");

5    WHEREAS other shareholder derivative actions, putatively on behalf of PG&E and
6 captioned *San Bruno Fire Derivative Cases*, JCCP No. 4648-C, and *Tellardin v. Earley, et al.*,
7 No. CIV 534119 (collectively, the "State Derivative Actions"), are pending before the Superior
8 Court of California, County of San Mateo;

9    WHEREAS another shareholder derivative action, putatively on behalf of PG&E
10 Corporation and captioned *Iron Workers Mid-South Pension Fund v. Johns, et al.*, Case No.
11 3:13-cv-00550-SI (the "*Iron Workers* Action"), was filed in this Court on February 7, 2013;

12    WHEREAS a criminal action against the Utility, captioned *United States v. Pacific Gas
13 and Electric Company*, No. 3:14-cr-00175-TEH (the "Criminal Action"), is pending in this
14 District;

15    WHEREAS the court in the Criminal Action vacated the previously scheduled trial date
16 of April 26, 2016, and is expected to set a new trial date at an upcoming conference;

17    WHEREAS the *Bushkin* Action, the *Iron Workers* Action, and the State Derivative
18 Actions involve the same Nominal Defendant(s), many of the same individual defendants, and
19 concern the events leading to the gas pipeline rupture in San Bruno, California on September 9,
20 2010 (the "San Bruno Fire");

21    WHEREAS following the San Bruno Fire, approximately 140 actions involving claims
22 for personal injury and property damage in connection with the San Bruno Fire were filed and
23 consolidated into Judicial Council Coordinated Proceeding No. 4648, captioned *PG&E San
24 Bruno Fire Cases* (the "State Consolidated Action"), which was litigated in the Superior Court of
25 California, County of San Mateo;

26
27
28

1

CASE NO. 3:16-cv-00973-SI
STIPULATION REGARDING SERVICE AND
COORDINATION

1   WHEREAS the State Derivative Actions have been stayed pending conclusion of the federal criminal proceedings;

2   WHEREAS, by agreement of the parties and with the approval of this Court, the *Iron Workers* Action has been stayed in its entirety pending resolution of the State Derivative Actions, and no date by which the defendants must respond to the *Iron Workers* complaint has been set;

3   WHEREAS not all defendants in the *Bushkin* Action have been served with process, but those defendants that have not been served desire to waive service of process and all parties desire to establish a uniform date by which all defendants must respond to the complaint;

4   WHEREAS all parties believe that the *Bushkin* Action should be stayed, at a minimum, pending conclusion of the trial in the Criminal Action;

5   WHEREAS by order dated August 28, 2015, the court in the State Derivative Actions denied defendants' demurrer on demand-futility grounds; and

6   WHEREAS defendants have permitted the plaintiffs in the related derivative actions to have access to certain limited discovery in the State Consolidated Action, including the right to be provided with notice of certain depositions in the State Consolidated Action and the right to attend and participate in such depositions, and defendants agree to provide Plaintiff Bushkin with the same right to have access to such discovery, subject to Plaintiff's agreement to abide by the terms of the confidentiality and protective order in place in the State Consolidated Action.

IT IS HEREBY STIPULATED THAT:

1. All defendants are deemed served with the complaint in the *Bushkin* Action as of the date hereof.

2. The *Bushkin* Action is stayed pending conclusion of the trial in the Criminal Action.

3. Counsel for all parties shall meet and confer regarding a further scheduling order within 30 days after conclusion of the trial in the Criminal Action and provide a status update to

1 the Court, including the parties' respective views on whether the stay of the proceedings in the *Bushkin* Action should be continued.

3.  4. The Initial Case Management Conference currently scheduled in the *Bushkin* Action for June 17, 2016 shall be vacated.

5.  5. During the pendency of the stay in the *Bushkin* Action, defendants agree to provide Plaintiff, upon his agreement to abide by the terms of the confidentiality and protective order in place in the State Consolidated Action, all discovery provided to plaintiffs in the State Derivative Actions.

Dated:  May 2, 2016                                      Respectfully submitted,

                                                         BOTTINI & BOTTINI, INC.


                                                         */s/ Francis A. Bottini, Jr.*
                                                         Francis A. Bottini, Jr.
                                                         Albert Y. Chang
                                                         Yury A. Kolesnikov
                                                         7817 Ivanhoe Avenue, Suite 102
                                                         La Jolla, CA 92037
                                                         Telephone:  (858) 914-2001
                                                         Facsimile:  (858) 914-2002
                                                         fbottini@bottinilaw.com
                                                         achang@bottinilaw.com
                                                         ykolesnikov@bottinilaw.com

                                                         *Attorneys for Plaintiff Andrew S. Bushkin*

Dated:  May 2, 2016                                      LATHAM & WATKINS LLP


                                                         */s/ James K. Lynch*
                                                         James K. Lynch
                                                         Gavin M. Masuda
                                                         505 Montgomery Street, Suite 2000
                                                         San Francisco, CA 94111
                                                         Telephone: (415) 391-0600
                                                         Facsimile: (415) 395-8095
                                                         jim.lynch@lw.com
                                                         gavin.masuda@lw.com

                                                         James E. Brandt
                                                         885 Third Avenue
                                                         New York, NY 10022
                                                         Telephone:  (212) 906-1200

|    |                        |                                                                                      |
|----|------------------------|--------------------------------------------------------------------------------------|
| 1  |                        | Facsimile: (212) 751-4864                                                            |
|    |                        | james.brandt@lw.com                                                                  |
| 2  |                        |                                                                                      |
|    |                        | *Attorneys for Nominal Defendants PG&E*                                              |
| 3  |                        | *Corporation and Pacific Gas & Electric*                                             |
|    |                        | *Company*                                                                            |
| 4  |                        |                                                                                      |
|    | Dated:  May 2, 2016    | SKADDEN, ARPS, SLATE,                                                                |
| 5  |                        | MEAGHER & FLOM LLP                                                                   |

/s/ Amy S. Park
Amy S. Park
Richard S. Horvath, Jr.
525 University Avenue, Suite 1400
Palo Alto, CA 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
amy.park@skadden.com
richard.horvath@skadden.com

*Attorneys for Defendants Barbara L. Rambo, Lewis Chew, Fred J. Fowler, Maryellen C. Herringer, Roger H. Kimmel, Richard C. Kelly, David M. Lawrence, Richard A. Meserve, Forrest E. Miller, Rosendo Parra, Anne Shen Smith, and Barry Lawson Williams*

Dated:  May 2, 2016                McDERMOTT WILL & EMERY LLP

/s/ A. Marisa Chun
A. Marisa Chun
Steven S. Scholes
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
Telephone:  (650) 815-7668
Facsimile:  (650) 815-7401
Mchun@mwe.com
Sscholes@mwe.com

*Attorneys for Defendants C. Lee Cox, Peter A. Darbee, Kent M. Harvey, Christopher P. Johns, William D. Hayes, Geisha J. Williams, Nick Stavropoulos, and Dinyar B. Mistry*

4

CASE NO. 3:16-cv-00973-SI
STIPULATION REGARDING SERVICE AND COORDINATION

1   In accordance with Civil Local Rule 5-1(i)(3) of this Court, I, Francis A. Bottini, Jr.,
2   attest to the fact that concurrence in the filing of this document has been obtained from each of
3   the other signatories, which shall serve in lieu of their signatures on the document.

*/s/ Francis A. Bottini, Jr.*
Francis A. Bottini, Jr.

\*   \*   \*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  5/3/16

HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE